UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON, | 1:18-cv-01222-GSA-PC |
| Plaintiff, | ORDER RE PLAINTIFF'S REQUEST FOR STATUS |
| vs. | (ECF No. 8.) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Jarrod Gordon ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This case was filed on September 10, 2018. (ECF No. 1.) On October 29, 2018, Plaintiff filed a request for the status of this case. (ECF No. 8.)

Due to the large number of cases pending before this court, the Clerk does not ordinarily provide written responses to requests for status of cases. Plaintiff is advised that he shall receive notice in this action as a matter of course.[1] All documents filed in this action shall be served upon all parties who have appeared in this action, including Plaintiff. Plaintiff will

---

[1] Plaintiff is required to keep the court informed of his current mailing address. Local Rule 182(f) provides: "Each appearing attorney and *pro se* party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or *pro se* party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made."

receive notice, at his address of record, of rulings made in this case and deadlines established in this case, provided he keeps the court informed of his current address.[2]

Plaintiff's complaint awaits the court's requisite screening under 28 U.S.C. § 1915A. As a rule, complaints are screened in the order they are ready for screening. Because of the large number of cases pending before this court, Plaintiff should not expect immediate screening, nor should he file frequent requests for the status of this case.

Accordingly, IT IS HEREBY ORDERED that this order resolves Plaintiff's request for status filed on October 29, 2018.

IT IS SO ORDERED.

Dated: **October 31, 2018**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[2] If Plaintiff requires a copy of the court's docket sheet for this case, he should submit a request in writing to the Clerk, together with a money order for payment of copies (at fifty cents per page), and self-addressed envelope large enough to contain the copies, with sufficient postage affixed. See 28 U.S.C. § 1914(a). Plaintiff's docket sheet is currently two pages long and will increase in size as the case progresses. The fact that the court has granted leave for Plaintiff to proceed *in forma pauperis* does not entitle him to free copies of documents from the court.